# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL W. McCARRIN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 17-cv-1691 |
| | : | |
| **MARIO POLLERA, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __30th__ day of November, 2017, upon consideration of Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 12(3) and (f) (ECF No. 13), Defendants' response in opposition thereto, (ECF No. 16) and Plaintiff's Reply, (ECF No. 17), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 12(e) and (f) (ECF No. 13) is **DENIED**.

BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE