IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. McCARRIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.:  17-cv-1691 |
| | : | |
| MARIO POLLERA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this  2nd  day of May, 2019, upon consideration of Plaintiff's Motions to Strike (ECF Nos. 50-53); Defendants' Responses in Opposition, (ECF Nos. 54, 56-58), Plaintiff's Reply in Further Support, (ECF No. 59); and Defendants Sur-Reply in Opposition (ECF No. 65), and for the reasons set forth in the memorandum filed concurrently with this Order it is hereby ordered that Plaintiff's Motions are **DENIED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge